# Court of Appeals
# of the State of Georgia

ATLANTA, March 09, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0032. SHEILA DARLENE HARDESTY v. GEORGIA PROPERTY SOLUTIONS 4 U, INC.**

Upon consideration of the APPELLANT'S Emergency Motion for Injunction in the above styled case, it is ordered that the motion is hereby DENIED as the court lacks jurdisction. See OCGA § 44-7-56.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/09/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*